## UNITED STATES DISTRICT COURT
### For The District of Columbia

Keith Kelly Young  and )
Diane R. Young, *nee* Corsaro )
418 Renaissance Drive )
Martinsburg, West Virginia, 25401 )
)
Plaintiffs, )
)
v. )          CASE NUMBER:
)
Lloyd Brent Clark )
c/o U.S. Marshals Service )
500 Indiana Ave., N.W. )
Washington, D.C.  20001 )
)
and, )
)
U.S. Marshals Service )
The United States of America )
500 Indiana Ave., N.W. )
Washington, D.C.  20001 )
)
Defendants. )

### COMPLAINT for NEGLIGENCE

1. This action arises under the *Federal Tort Claim Act (FTCA) (28 U.S.C. Sections 1346*

*(b), 2401 (b), 2671 et seq,).*

2. On February 4, 2004 Defendant Lloyd Brent Clark (Clark) negligently made a left turn

in front of the plaintiff, Keith Kelly Young, (Kelly Young) who was operating his motorcycle in

a westerly direction on E Street, N.W., in the District of Columbia.  Defendant Clark's

negligence as aforesaid caused the plaintiff Kelly Young's motorcycle to collide with the left

front side of the vehicle defendant Clark was driving, which in turn threw the plaintiff, Kelly .

Young and his passenger, plaintiff, Diane R. Young, *nee* Corsaro (Diane Young), to the street

pavement with heavy impact. Defendant Clark was cited by the District of Columbia police for making an improper (U) turn. Plaintiff Kelly Young was not cited for any violation.

3. As a result of defendant Clark's negligence as aforesaid, plaintiff Kelly Young suffered severe and permanent injuries, including comminuted fractures of his left distal radius and ulna, a complete tear of his right posterior cruciate ligament (PCL), de Quervain Tenosynovitis in his right wrist, left knee pain, various bruises and abrasions all over his body, together with impotency.

4. As a result of defendant Clark's negligence as aforesaid, plaintiff Diane Young suffered severe and permanent injuries to her chest, left knee, right knee, face, head, and back. She also suffered from headaches, post concussion syndrome, proneness to motion sickness, traumatic stress syndrome, depression, chronic pain syndrome, and imbalance.

5. As a result of defendant Clark's negligence as aforesaid, plaintiff Kelly Young suffered and is still suffering loss of consortium with plaintiff Diane Young, first as his fiancee from the time of the accident until they were married on November 18, 2005 and then as husband and wife after they were married on November 18, 2005.

6. As a result of defendant Clark's negligence as aforesaid, plaintiff Diane Young suffered and is still suffering loss of consortium with plaintiff Kelly Young, first as his fiancee from the time of the accident until they were married on November 18, 2005, and then as husband and wife after they were married on November 18, 2005

7. At the time of the accident defendant Clark was driving a vehicle owned by the United States Marshals Service.

8. At the time of the accident, defendant Clark was working in the employment of the

2

United States Marshals Service.

9. Therefore, at the time of the accident, defendant Clark was an agent of the defendant United States Government (U.S. Marshals Service) and pursuant to the law of vicarious liability, the United States Government is jointly and severally liable for any damages caused by defendant Clark's aforesaid negligence.

10. In addition, pursuant to *District of Columbia Code, Section 1301.08*, defendant Clark is presumed to be the agent of the defendant United States Government and therefore, pursuant to the law of vicarious liability, the United States Government is jointly and severally liable for the damages caused by defendant Clark's aforesaid negligence.

11. As a result of the defendants' negligence as aforesaid, plaintiff Kelly Young incurred expenses for medical attention and hospitalization in the amount of approximately $10,000 and is still incurring additional such expenses.

12. As a result of defendants' negligence as aforesaid, plaintiff Kelly Young suffered $11,857.47 in lost wages.

13. As a result of defendants' negligence as aforesaid, plaintiff Kelly Young suffered $4,500 in property damage.

14. As a result of defendants' negligence as aforesaid, Plaintiff Kelly Young suffered serious and permanent injuries together with great pain and suffering, and plaintiff Kelly Young continues to experience great pain and suffering, while not being able to pursue many otherwise normal activities that he was able to pursue before the accident that is the subject of this lawsuit.

15. As a result of the defendants' negligence as aforesaid, plaintiff Diane Young incurred expenses for medical attention and hospitalization in the amount of approximately $22,000 and is

still incurring additional such expenses.

16.  As a result of defendants' negligence as aforesaid, plaintiff Diane Young suffered

serious and permanent injuries together with great pain and suffering, and plaintiff Diane Young

continues to experience great pain and suffering, while not being able to pursue many otherwise

normal activities that she was able to pursue before the accident that is the subject of this lawsuit.

WHEREFORE, the plaintiff Kelly Young demands judgment against both defendants

jointly and severally in the amount of two million dollars ($2,000,000) and costs.

WHEREFORE, the plaintiff Diane Young demands judgment against both defendants

jointly and severally in the amount of one million dollars ($1,000,000) and costs.

s/ Ray L. Hanna
RAY L. HANNA
Attorney for Plaintiffs
D.C. Bar No.: 207779
3413 2 M St., N.W.
Washington, D.C.  20007
202-296-7666    Fax: 202-296-7490
E-mail: rlhanna@rayhannalaw.com

Plaintiff requests trial by a twelve person jury.

/s/ Ray L. Hanna
RAY L. HANNA