**Receipt 1 (rotated 180°):**

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

2. Article Number: 7004 2510 0003 3454 5397

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 04 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**Receipt 2 (rotated 180°):**

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

2. Article Number: (Transfer from service label)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney
501 3rd Street, NW
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 19 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes