**Receipt 1 (rotated 180°):**

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

2. Article Number (Transfer from service label): 7004 2510 0003 3454 5397

1. Article Addressed to:
U.S. Attorney General
Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 0 4 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No

**Receipt 2 (rotated 180°):**

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

2. Article Number (Transfer from service label): [not shown]

1. Article Addressed to:
Civil Process Clerk
U.S. Attorney
501 3rd Street, NW
Washington, DC 20001

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT [illegible] 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No