**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
KEITH KELLY YOUNG and           )
DIANE R. YOUNG                  )
418 Renaissance Drive           )
Martinsburg, West Virginia 25401)
                               )
           Plaintiff,           )
                               )
    v.                          )  Civil Action No. 06-1612
                               )  (GK)
                               )
LLOYD BRENT CLARK               )
c/o U.S. Marshals Service       )
500 Indiana Ave., N.W.          )
Washington, D.C. 20001          )
                               )
and                             )
                               )
U.S. MARSHALS SERVICE           )
The United States of America    )
500 Indiana Ave., N.W.          )
Washington, D.C. 20001          )
                               )
           Defendants.          )
                               )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205