**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KEITH KELLY YOUNG, <u>et al</u>.  )<br>                                )<br>            Plaintiff,    )<br>                                )<br>     v.                         ) Civil Action No. 06-1612 (GK)<br>                                )<br>                                )<br>LLOYD BRENT CLARK, <u>et al</u>.   )<br>                                )<br>            Defendants.   )<br>                                )<br> | |

**CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Keith Kelly Young, et al. v. Lloyd Brent Clark, et al</u>., Civil Action No. 06-1612 (D.C. D.C.), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Lloyd Brent Clark was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

December 11, 2006

                             \_\_/s/_____
                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                             Assistant United States Attorney
                             Chief, Civil Division