IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH KELLY YOUNG, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1612 (GK) |
| ) | |
| LLOYD BRENT CLARK, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' REPLY TO DEFENDANTS' MOTION
## TO DISMISS AND TO SUBSTITUTE

The plaintiffs, pursuant to Rules 12 (b) (1) of the Federal Rules of Civil Procedure, reply to Defendants' Motion to Dismiss and to Substitute as follows:

Plaintiffs agree that the Court dismiss Lloyd Brent Clark and U.S. Marshals Service as defendants request.

Plaintiffs agree that the Court approve the substitution of the United States as the sole defendant in this matter as defendants request.

In support of this reply, plaintiffs submit the attached Memorandum of Points and Authorities.

Respectfully submitted,

__/ s /_____
RAY L. HANNA,  D.C. BAR # 207779
3413 ½ M St., N.W.
Washington, D.C.  20007
202-296-7666