UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Kelly Young, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Lloyd Brent Clark, et al. )<br>)<br>Defendants. ) | Civil Action No: 06-1612 (GK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION TO DISMISS AND TO SUBSTITUTE**

**INTRODUCTION**

Plaintiffs, Keith Kelly Young and Diane R. Young, filed suit against Lloyd Brent Clark and U.S. Marshals Service, The United States of America, pursuant to the Federal Tort Claims Act (FTCA). Thereafter, the plaintiffs did not serve Lloyd Brent Clark and the U.S. Marshals Service, but instead, served the United States of America as set forth in Rule 4 (i) (1) Federal Rules of Civil Procedure, and as instructed by the United States District Court, District of Columbia. Then, the United States filed a Motion To Dismiss and To Substitute the United States as the sole defendant, together with Certification pursuant to the provisions of 28 U.S.C. § 2679 (d) (2).

**CONCLUSION**

Plaintiffs now concede that for reasons cited in Defendants' Motion To Dismiss and To Substitute, the United States should be substituted as the sole defendant and Lloyd Brent Clark and the United States Marshals Service should be dismissed.

2

        Respectfully submitted,

        __ / s / _____
        RAY L. HANNA      D.C. BAR # 207779
        3413 ½ M Street, N.W.
        Washington, D.C.  20007
        (202)296-7666