UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Kelly Young, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No:  06-1612 (GK) |
| ) | |
| Lloyd Brent Clark, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO REQUEST CONTINUANCE IN RESPONSE
TO ORDER SETTING INITIAL SCHEDULING CONFERENCE**

      The plaintiffs move the Court to continue the Initial Scheduling Conference to either one of the following dates: January 18, 25, 26, 29, or 30, 2007.  These dates have been jointly approved by both plaintiffs and defendants.

      In support of this motion, plaintiffs submit the attached Memorandum of Points and Authorities.

      Respectfully submitted,

__ / s / _____
RAY L. HANNA     D.C. BAR #207779
3413 ½ M Street, N.W.
Washington, D.C.  20007
(202)296-7666

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Kelly Young, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Lloyd Brent Clark, et al. )<br>)<br>    Defendants. ) | Civil Action No: 06-1612 (GK) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO REQUEST CONTINUANCE
IN RESPONSE TO ORDER SETTING INITIAL SCHEDULING CONFERENCE**

**Introduction**

Ray L. Hanna, attorney for the plaintiffs, was ordered on August 22, 2006 by the Superior court of the District of Columbia, Civil Division to appear before Judge Robert E. Morin at 9:30 am, Friday, January 05, 2007. Obviously, that date is in conflict with the December 13, 2006 order as issued by Gladys Kessler, United States District Court Judge in the instant case.

Therefore, Mr. Hanna is moving this Honorable Court to continue the setting of the Initial Scheduling Conference to the following suggested jointly approved dates: January 18, 25, 26, 29, or 30, 2007.

As indicated, this motion is being filed with the consent of all parties to this law suit.

**Conclusion**

For the foregoing reasons, plaintiffs have requested that this Honorable Court continue the setting of the Initial Scheduling Conference to the suggested dates as jointly approved by all parties to this law suit.

Respectfully submitted,

__ / s / _____
RAY L. HANNA    D.C. BAR #207779
3413 ½ M Street, N.W.
Washington, D.C. 20007
(202)296-7666