**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KEITH KELLY YOUNG, et al. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1612 (GK) |
| LLOYD BRENT CLARK, et al. | ) |
| Defendants. | ) |

**PROPOSED SCHEDULING ORDER**

Upon Consideration of the parties' Joint 16.3 Report, it is by the Court this ____ day of _____, 2007 hereby,

**ORDERED,** that the case shall be referred to a Magistrate Judge for mediation and discovery, and it is further,

**ORDERED,** that plaintiffs' Rule 26 expert(s) designation shall be provided by July 1, 2007 and defendant's Rule 26 expert designation shall be provided by August 15, 2007, and further,

**ORDERED,** that discovery shall be completed by October 1, 2007.

_____
United States District Court Judge

```
Copies to:
Ray Lawrence Hanna
Law Offices of Ray L. Hanna
3413 ½ M Street, NW
Suite B
Washington, DC 20007

Diane M. Sullivan
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Room E4919
Washington, D.C. 20530
```