# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Kelly Young, et al.         )<br>                                                )<br>           Plaintiffs,                   )<br>                                                )<br>     v.                                      )<br>                                                )<br>United States                           )<br>                                                )<br>           Defendant                 ) | Civil Action No: 06-1612 (GK) |

## DEFENDANT DIANE C. YOUNG'S 26 A (2) STATEMENT

Pursuant to Rule 26 A (2) of the Federal Rules of Civil Procedure, Keith Kelly Young hereby discloses that he has retained Sheldon Margulies, M.D. as a medical expert who may be used at trial to present evidence.

It is impossible at this time to submit a report written and signed by Dr. Margulies, since Dr. Margulies will not be able to examine Diane C. Young until early July.

In the meantime, in keeping with plaintiff Diane C. Young's obligation to continually update the defendant's discovery requests, a copy of Dr. Margulies's CV has been forwarded to Diane M. Sullivan, Assistant United States Attorney.

                                                                            Respectfully submitted,

                                                                            ____ / s / _____<br>
                                                                            RAY L. HANNA        D.C. Bar # 207779<br>
                                                                            3413 ½ M Street, N.W.<br>
                                                                            Suite B<br>
                                                                            Washington, D.C.  20007<br>
                                                                            (202)296-7666