## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Kelly Young, et al.       ) | |
|                                 ) | |
|     Plaintiffs,      ) | |
|                                 ) | |
| v.                              ) | Civil Action No:  06-1612 (GK) |
|                                 ) | |
| United States                   ) | |
|                                 ) | |
|     Defendant       ) | |

### DEFENDANT KEITH KELLY YOUNG'S 26 A (2) STATEMENT

Pursuant to Rule 26 A (2) of the Federal Rules of Civil Procedure, Keith Kelly Young hereby discloses that he has retained Richard H. Conant, M.D. as a medical expert who may be used at trial to present evidence.

It is impossible at this time to submit a report written and signed by Dr. Conant, since Dr. Conant will not be able to examine Keith Kelly Young until early July.

In the meantime, in keeping with plaintiff Keith Kelly Young's obligation to continually update the defendant's discovery requests, a copy of Dr. Conant's CV has been forwarded to Diane M. Sullivan, Assistant United States Attorney.

                                                                                             Respectfully submitted,

                                                                                      ____ / s / _____  
                                                                                      RAY L. HANNA       D.C. Bar # 207779  
                                                                                      3413 ½ M Street, N.W.  
                                                                                       Suite B  
                                                                                       Washington, D.C.  20007  
                                                                                       (202)296-7666