UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**KEITH KELLY YOUNG, et al.,**    :
:
    **Plaintiffs,**    :
:
v.    :    Civil Action No. 06-1612 (GK)
:
**UNITED STATES,**    :
:
    **Defendant.**    :
_____:

### O R D E R

A Status Conference was held in this case on September 25, 2007. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that the parties shall file a joint status report no later than **November 21, 2007.**

September 26, 2007
    /s/
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF