IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH KELLY YOUNG, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1612 (GK)) |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties, in accordance with the Court's Order at the last Status Conference, submit the following Status Report:

The plaintiffs have been examined by both the defendant's experts. The defendant's orthopedic expert has examined both plaintiffs and submitted his report. The defendant's expert neurologist examined both plaintiffs on November 6, 2007. The parties are awaiting his reports.

Anticipating that the remaining reports will be received shortly, the parties have scheduled a mediation with Magistrate Judge Kay on December 21, 2007.

/s/ *Ray Lawrence Hanna*
RAY LAWRENCE HANNA
D.C. Bar # 207779
Law Offices of Ray L. Hanna
3413 1/2 M Street, N.W.
Suite B
Washington, DC 20007
Phone: (202) 296-7666

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ *Diane M. Sullivan*
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

2